# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sylvia Dewberry

                Plaintiff,

v.                                                                Case No.: 1:23−cv−02168
                                                                Honorable Martha M. Pacold

The Lip Bar, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 28, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Voluntary Dismissal [5], this case is hereby dismissed with prejudice. Each party shall bear their own fees and costs. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.